**No. 09-1014. Aleksander Stolaj, et ux., Petitioners v. Eric H. Holder, Jr., Attorney General.**

561 U.S. 1025, 130 S. Ct. 3502, 177 L. Ed. 2d 1091, 2010 U.S. LEXIS 5434.

June 28, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

Same case below, 577 F.3d 651.

**No. 09-1051. Oglala Sioux Tribe of the Pine Ridge Indian Reservation, Petitioner v. United States Army Corps of Engineers, et al.**

561 U.S. 1025, 130 S. Ct. 3503, 177 L. Ed. 2d 1091, 2010 U.S. LEXIS 5437.

June 28, 2010. Petition for writ of certiorari to the United States Court of Appeals for the District of Columbia Circuit denied.

Same case below, 386 U.S. App. D.C. 417, 570 F.3d 327.

**No. 09-1131. Doug Morgan, et al., Petitioners v. Plano Independent School District, et al.**

561 U.S. 1025, 130 S. Ct. 3503, 177 L. Ed. 2d 1091, 2010 U.S. LEXIS 5500.

June 28, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 589 F.3d 740.

**No. 09-1161. US Bank National Association ND, et al., Petitioners v. Deanthony Thomas, et al.**

561 U.S. 1025, 130 S. Ct. 3504, 177 L. Ed. 2d 1091, 2010 U.S. LEXIS 5370.

June 28, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

Same case below, 575 F.3d 794.

**No. 09-1164. Norfolk Dredging Company, Petitioner v. Misener Marine Construction, Inc., et al.**

561 U.S. 1026, 130 S. Ct. 3505, 177 L. Ed. 2d 1091, 2010 U.S. LEXIS 5496.

June 28, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 594 F.3d 832.

**No. 09-1172. Arctic Slope Native Association, Ltd., Petitioner v. Kathleen Sebelius, Secretary of Health and Human Services.**

561 U.S. 1026, 130 S. Ct. 3505, 177 L. Ed. 2d 1091, 2010 U.S. LEXIS 5433.

June 28, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Federal Circuit denied.

Same case below, 583 F.3d 785.

**No. 09-1176. Pirate Investor LLC, et al., Petitioners v. Securities and Exchange Commission.**

561 U.S. 1026, 130 S. Ct. 3506, 177 L. Ed. 2d 1091, 2010 U.S. LEXIS 5345.

June 28, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 580 F.3d 233.